**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Jody A. JONES, Defendant/Appellant.**

**No. ED 76719.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 13, 2000.

Amy M. Bartholow, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, Jr., J, and SHERRI B. SULLIVAN, J.

## *ORDER*

PER CURIAM.

Defendant Jody A. Jones appeals from the judgment entered on his conviction by a jury of stealing, in violation of Section 570.030 RSMo (Cum.Supp.1998). The trial court found he was a prior and persistent offender and sentenced him to five years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).